SEALED UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :          CRIMINAL NO.  0 6 - 1 9 7

                                   :          GRAND JURY ORIGINAL

          v.                       :

                                   :          **UNDER SEAL**          FILED

                                   :

**JOSEPH FERNANDES,**              :                          JUN 3 0 2006

          **Defendant.**           :          NANCY MAYER WHITTINGTON, CLERK
                                                      U.S. DISTRICT COURT

### GOVERNMENT'S MOTION TO SEAL

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, respectfully moves this Court to place under seal until further notice of the Court, the

Indictment, the Motion to Seal, and this Court's Order on the Motion to Seal. In support thereof, the

Government states as follows:

The Indictment is the result of a long-term investigation conducted by the Environmental

Protection Agency's Office of the Inspector General. The target of this investigation, Defendant

Joseph Fernandes, is not aware of this Indictment. Indeed, Defendant Fernandes is currently outside

the United States and is scheduled to return to this country on or about July 19, 2006. The

Government believes that Defendant Fernandes has family and assets outside the United States,

including in India, and that there is a significant risk that if Defendant Fernandes were to learn of the

pendency of this Indictment, he would not return to the United States.

WHEREFORE, in order to maximize the success of the investigation, the Government respectfully requests that the Court grant the Government's motion.  *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530
Phone:        202-514-7549
Fax:          202-353-9414
E-mail:       Jessie.K.Liu@usdoj.gov