SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 06-197 |
| | : GRAND JURY ORIGINAL |
| v. | : |
| | : UNDER SEAL |
| JOSEPH FERNANDES, | : |
| Defendant. | : |

FILED
JUN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion to Seal, it is hereby

ORDERED, this __30th__ day of June, 2006, that the Indictment, the Government's Motion to Seal, and this Order be sealed until further Order of this Court.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE