UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO: 06-197 (JDB)** |
| | : | |
| **JOSEPH FERNANDES,** | : | |
| Defendant. | : | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves that this Court order that the indictment in this matter be unsealed. As grounds for this motion, the United States states as follows:

1. Previously the indictment in this case was returned under seal. Recently, the defendant was apprehended in New York, New York.

2. Accordingly, there is no longer any reason to keep the indictment under seal, and the indictment needs to be available for removal proceedings in the Eastern District of New York.

WHEREFORE, the United States respectfully moves that the indictment be unsealed.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498-610

By:       /s/
        John Crabb Jr.
        Assistant United States Attorney
        Federal Major Crimes Section
        N.Y. Bar No. 2367670
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7314
        john.d.crabb@usdoj.gov