UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO: 06-197 (JDB)** |
| | : | |
| **JOSEPH FERNANDES,** | : | |
| **Defendant.** | : | |

## ORDER UNSEALING THE INDICTMENT

For good cause shown, upon the motion of the United States, it is hereby ordered that the indictment in this case be unsealed.

**SO ORDERED**, this _____ day of May 2008.

_____
JOHN B. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

John Crabb Jr.
Angela Schmidt
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530