UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO: 06-197 (JDB) |
| JOSEPH FERNANDES, Defendant. | : |

FILED

MAY 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER UNSEALING THE INDICTMENT

For good cause shown, upon the motion of the United States, it is hereby ordered that the indictment in this case be unsealed.

**SO ORDERED**, this 29 day of May 2008.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

John Crabb Jr.
Angela Schmidt
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530