UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-197 (JDB)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH FERNANDES,** | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address Angela.Schmidt@usdoj.gov. Ms. Schmidt will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                      /s/
                ANGELA G. SCHMIDT
                Assistant United States Attorney
                Texas Bar No. 17764980
                555 4th Street, NW, 4th Floor
                Washington, DC 20530
                (202) 514-7273