UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, :

      Plaintiff, :

v. : Criminal Action No. 06-197 (JDB)

JOSEPH FERNANDES, :

      Defendant. :

## ORDER

Upon the oral motion of defendant __JOSEPH FERNANDES__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __6/11/08__ through and including __7/29/08__, shall be excluded in computing the date for speedy trial in this case.

Dated: __June 11, 2008__

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Joseph B. Fernandes
Defendant

_____
A.J. Kramer
Defense Counsel

_____
Angela Schmidt
Attorney for United States