AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,

        Plaintiff(s)      )
                                  )    **APPEARANCE**
                                  )
            vs.                )    CASE NUMBER   Criminal 06-197
JOSEPH FERNANDES,     )
                                  )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of **Christopher L. Hale** as counsel in this
                                 (Attorney's Name)

case for: **United States of America**
           (Name of party or parties)

June 23, 2008
Date

*(signature)*
Signature

Christopher L. Hale
Print Name

D.C. Bar No. 472350
BAR IDENTIFICATION

601 D Street NW, Suite 2306
Address

Washington, DC 20004
City    State    Zip Code

202.305.0327
Phone Number