# WARRANT FOR ARREST

C 1188829

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>UNSEALED<br><br>v.<br><br>JOSEPH FERNANDES | **DOCKET NO:**<br>06-197 | **MAGIS. NO:** |
| | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**<br>Joseph Fernandes | **FILED**<br>JUN 1 1 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| **DOB:**        **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FALSE STATEMENTS;

CAUSING ACTS TO BE DONE;

FINANCIAL CONFLICT OF INTEREST

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
18:1001; 18:2; and 18:208(a) and 216(a)(2)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:**<br>MAGISTRATE JUDGE FACCIOLA | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)**<br>/s/ John M. Facciola<br>U.S. MAGISTRATE JUDGE FACCIOLA | **DATE ISSUED:**<br>6/30/06 |
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:**<br>6/30/06 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6-11-2008 | DUSM Robert C. Byars | |
| HIDTA CASE:   Yes   No  X | | OCDETF CASE:   Yes   No  X |