UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-197 (JDB) |
| : | |
| JOSEPH FERNANDES, : | |
| : | |
| Defendant. : | |

GOVERNMENT'S MOTION FOR AN ORDER
DIRECTING THE DEFENDANT TO
SUBMIT TO THE TAKING OF HANDWRITING EXEMPLARS

The United States, by and through its attorneys, the United States Attorney for the District of Columbia and the Environmental Crimes Section of the United States Department of Justice, hereby moves this Court for an Order directing the defendant to submit to the taking of handwriting exemplars. In support of this motion, the United States states as follows:

1. The defendant is charged with participating in a scheme to submit to the Office of Transportation and Air Quality of the Environmental Protection Agency ("EPA"), where he worked at the time, forms to register fuel additive products, which forms concealed his financial interest in the products and falsely stated that two of the products were re-labels of previously-approved products. In searches of defendant's residence and storage locker that were conducted in June and July 2005, agents recovered an unsigned handwritten facsimile cover sheet directing an employee of Atech, Inc., defendant's company in India, to fill out and submit to the EPA five Fuel Additive Manufacturer Notification forms. The cover sheet warned the employee, "Please do not mention any connection of you or Atech to me." Attached to the cover sheet was a handwritten Fuel Additive Manufacturer Notification form for one of the products that subsequently was registered to Atech-Amtech, Inc, defendant's U.S. company. Agents also recovered in the searches numerous other

handwritten documents of evidentiary value in this case.

2.     The government requests that the Court order the defendant to provide handwriting exemplars to law enforcement agents so that a handwriting expert can compare the defendant's handwriting to the handwriting on the aforementioned evidence. It is well settled that the Court has the authority to order a defendant to produce his body for the purpose of obtaining such handwriting exemplars. *Gilbert v. California*, 388 U.S. 263, 265-7 (1967). *See also, Lewis v. United States*, 382 F.2d 817 (D.C. Cir.), *cert. denied*, 389 U.S. 962 (1967).

WHEREFORE, the United States moves this Court for an Order directing the defendant to submit to the taking of handwriting exemplars by Special Agents of the United States Environmental Protection Agency and of the Federal Bureau of Investigation.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov

_____/s/_____
CHRISTOPHER L. HALE
Trial Attorney
D.C. Bar No. 472350
Environmental Crimes Section
U.S. Department of Justice
601 D St., N.W., 2nd floor
Washington, D.C. 20004
(202) 305-0327
Christopher.Hale@usdoj.gov