UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-197 (JDB) |
| JOSEPH FERNANDES, | : |
| Defendant. | : |

**FILED**
JUL 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon the oral motion of defendant __JOSEPH FERNANDES__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __7/29/08__ through and including __10/1/08__, shall be excluded in computing the date for speedy trial in this case.

Dated: __July 29, 2008__

/s/ John D. Bates
JOHN D. BATES
United States District Judge

AGREED:

_Joseph B. Fernandes_
Defendant

_[signature]_
Defense Counsel

_[signature]_
Attorney for United States