IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 06-197 (JDB) |
| ) | |
| JOSEPH FERNANDES ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION
FOR AN ORDER DIRECTING THE DEFENDANT
TO SUBMIT TO THE TAKING OF HANDWRITING EXEMPLARS

Defendant, Dr. Joseph Fernandes, through counsel, respectfully submits this response to the government's motion for an order directing the defendant to submit to the taking of handwriting exemplars. The defense does not oppose the government's motion.[1]

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Lara Quint
Jonathan S. Jeffress
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

---

[1] The defense expressly reserves its right to challenge the admissibility of any proposed government evidence at trial, including any proposed handwriting evidence.