UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  CRIMINAL NO. 06-197 (JDB)
:
JOSEPH FERNANDES,  :
:
Defendant.  :

**FILED**
**AUG 1 2 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

Upon motion of the government in the above-captioned case for the defendant to submit to the taking of handwriting exemplars, and the Court having given consideration to the representations made and the authorities cited, it is hereby ORDERED:

That the defendant, Joseph Fernandes, submit to the taking of handwriting exemplars by Special Agents of the United States Environmental Protection Agency and the Federal Bureau of Investigation upon request at any reasonable time at such place as the Special Agents designate. Defense counsel may observe the taking of the exemplars.

Dated: *August 12, 2008*

*/s/ John D. Bates*
JOHN D. BATES
United States District Court Judge